amount of revenue expected of the intrastate and interstate commuters and the revenue-producing capacities of the two groups.

Unless we make the requirements for administrative action strict and demanding, *expertise,* the strength of modern government, can become a monster which rules with no practical limits on its discretion. Absolute discretion, like corruption, marks the beginning of the end of liberty. This case is perhaps insignificant in the annals. But the standard set for men, of good will is even more useful to the venal.

No. 418.   WEBERMAN *v.* AUSTER; and

No. 419.   DONNER ET AL. *v.* NEW YORK ON THE COMPLAINT OF SILVERMAN.   *Per Curiam:* The appeals are dismissed for the want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion probable jurisdiction should be noted. *Thomas Turner Cooke* for appellants.

No. 6, Original.   UNITED STATES *v.* CALIFORNIA.   An order is entered awarding compensation to the Special Master and allowing his expenses to which MR. JUSTICE DOUGLAS dissents. MR. JUSTICE CLARK took no part in the consideration or decision of this question.

No. 188, Misc.   LILLY *v.* HEINZE, WARDEN.   Motion for leave to file petition for writ of habeas corpus denied.

No. 361.   BLACKMAR *v.* GUERRE, MANAGER, VETERANS' ADMINISTRATION, ET AL.   C. A. 5th Cir.   Certiorari granted. *Conrad Meyer III* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge,*

*Samuel D. Slade* and *Benjamin Forman* for respondents.

No. 249. NATIONAL LABOR RELATIONS BOARD *v.* ILLINOIS BELL TELEPHONE Co. C. A. 7th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Kenneth F. Burgess* for respondent.

No. 310. WATSON *v.* SUDDOTH. Supreme Court of Arkansas. Certiorari denied. *Freeman L. Martin* for petitioner. *J. G. Burke* for respondent.

No. 341. CALIFORNIA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edmund G. Brown,* Attorney General, *Walter L. Bowers,* Assistant Attorney General, and *Bayard Rhone,* Deputy Attorney General, for the State of California; and *Bertrand W. Gearhart* for Petersen et al., petitioners. *Solicitor General Perlman, Assistant Attorney General Underhill* and *Roger P. Marquis* for the United States.

No. 351. ROBERTS ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph J. Lyman* and *Josiah Lyman* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 355. PANAMA COCA-COLA BOTTLING Co. *v.* CARMACK ET AL. C. A. 5th Cir. Certiorari denied. *Cicero C. Sessions* and *Richard B. Montgomery, Jr.* for petitioner.